UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL No. 2672 |

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −5)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                                  MDL No. 2672

### SCHEDULE CTO−5 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MICHIGAN EASTERN | | | |
| MIE | 2 | 15−13373 | Brown v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13389 | Gurevich et al v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13417 | Kaufman v. Volkswagen Group of America, Inc. |
| MIE | 2 | 15−13452 | Rasor et al v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13501 | Bobko et al v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13502 | Troffer et al v. Volkswagen Group of America, Inc. |
| MIE | 2 | 15−13529 | Uttecht et al v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13572 | Merz v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13573 | Bliss v. Volkswagen AG et al |
| MIE | 2 | 15−13579 | Romesburg et al v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13594 | Fisher v. Volkswagen Group of America, Inc. |
| MIE | 2 | 15−13614 | Fruge v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13615 | Kingman v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13616 | Thomas v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13617 | Flynn v. Volkswagen Group of America, Inc. et al |
| MIE | 2 | 15−13658 | Lawrence et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−13659 | Pendry et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−13660 | Casteen et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−13661 | Hendricks v. Volkswagen Group of America, Inc. et al <font color |
| MIE | 2 | 15−13662 | Ross et al v. Volkswagen Group of America, Inc. et al <font color |
| MIE | 2 | 15−13663 | Hough v. Volkswagen Group of America, Inc. et al <font color |
| MIE | 2 | 15−13664 | Levy Pauli v. Volkswagen Group of America, Inc. et al <font color |
| MIE | 2 | 15−13665 | Dvorak v. Volkswagen Group of America, Inc. et al <font color |

| | | | |
|---|---|---|---|
| MIE | 2 | 15−13666 | Taylor v. Volkswagen Group of America, Inc. et al <font color |
| MIE | 2 | 15−13688 | Hayden et al v. Volkswagen Group of America, Inc. <font color |
| MIE | 2 | 15−13689 | Linnee v. Volkswagen Group of America, Inc. <font color |
| MIE | 2 | 15−13692 | Trainer et al v. Volkswagen Group of America, Inc. et al <font color |
| MIE | 2 | 15−13693 | Joseph v. Volkswagen Group of America, Inc. et al <font color |
| MIE | 2 | 15−13707 | Solinski v. Volkswagen Group of America, Incorporated <font color |
| MIE | 2 | 15−13714 | Niegelsen v. Volkswagen AG et al <font color |
| MIE | 2 | 15−13734 | Herrell et al v. Volkswagen Group of America, Inc. et al <font color |
| MIE | 2 | 15−13744 | Brodie et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−13753 | Osterman v. Volkswagen of America, Inc.<font color |
| MIE | 2 | 15−13757 | Staley et al v. Volkswagen AG et al<font color |
| MIE | 2 | 15−13784 | Bjelic v. Volkswagen AG et al<font color |
| MIE | 2 | 15−13790 | Gardner v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−13817 | Malinauskas v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−13818 | Bond et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−13832 | SURO v. Volkswagen AG et al<font color |
| MIE | 2 | 15−13864 | Santos v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−13865 | Jassem et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−13919 | Dixon v. Volkswagen Group of America, Inc.<font color |
| MIE | 2 | 15−13950 | King v. Volkswagen AG et al<font color |
| MIE | 2 | 15−13963 | Brownlow v. Volkswagen Group of America, Inc.<font color |
| MIE | 2 | 15−13973 | Tempest et al v. Volkswagen AG et al<font color |
| MIE | 2 | 15−13974 | Matthews v. Volkswagon Group of America, Inc. et al<font color |
| MIE | 2 | 15−13991 | Hoffman et al v. Volkswagen Group of America, Inc.<font color |
| MIE | 2 | 15−13998 | Beard et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−14017 | Nelson et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−14052 | Jamerson et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−14054 | Robell et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−14074 | Sackos et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−14120 | Bruno et al v. Volkswagen Group of America, Inc. et al<font color |

| MIE | 2 | 15−14122 | Morris et al v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−14171 | Eslick v. Volkswagen Group of America, Inc. et al<font color |
| MIE | 2 | 15−14189 | Thompson et al v. Volkswagen Group of America, Inc., et al<font color |
| MIE | 2 | 15−14224 | Olsen et al v. Volkswagen Group of America, Inc. et al |